Supreme Court of the State of Oklahoma denied. *Napoleon B. Maxey* for petitioner. No appearance for respondents.

---

No. 979. MAX MANSON *v.* HARRY S. MESIROV, TRUSTEE, ETC., ET AL. April 21, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry Felix* for petitioner. No appearance for respondents.

---

No. 900. W. F. HALLOWELL *v.* UNITED STATES. April 28, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William P. Richardson* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

---

No. 933. WALTER L. ROSS, AS RECEIVER OF TOLEDO, ST. LOUIS & WESTERN RAILROAD COMPANY, *v.* PEARL I. SCHOOLEY, ADMINISTRATRIX, ETC. April 28, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. E. Pope* and *Mr. Charles A. Schmettau* for petitioner. No appearance for respondent.

---

No. 972. ILLINOIS CENTRAL RAILROAD COMPANY *v.* FIRST TRUST COMPANY;

No. 973. CHICAGO & NORTHWESTERN RAILWAY COMPANY *v.* FIRST TRUST COMPANY;

No. 974. NORTHERN PACIFIC RAILWAY COMPANY *v.* FIRST TRUST COMPANY. April 28, 1919. Petition for